# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIRGIL BARCLAY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 15-253 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| KAREN SOKOL, *et al.*, | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On July 28, 2015, the Magistrate Judge issued a Report and Recommendation (Doc. 8) recommending that Defendants' Motion to Dismiss (Doc. 2), which was converted into a Motion for Summary Judgment as to the issue of exhaustion (Doc. 4), be granted for Plaintiff's failure to exhaust his administrative remedies as required by the Prison Litigation Reform Act. Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Defendants' Motion to Dismiss, which was converted into a Motion for Summary Judgment (**Doc. 2**) is **GRANTED** for Plaintiff's failure to exhaust his administrative remedies. The Report and Recommendation of Magistrate Judge Lenihan, dated July 28, 2015, is adopted as the opinion of the District Court.

IT IS SO ORDERED.

August 18, 2015                                    s\Cathy Bissoon_____
                                                   Cathy Bissoon
                                                   United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail):

Virgil Barclay
BM-9109
175 Progress Drive
Waynesburg, PA 15370